852

**EX PARTE Tyrome BROWN**

CR-14-0422

Court of Criminal Appeals of Alabama.

02/24/2015

Transferred to Houston Cir. Ct.

**EX PARTE Jason Eugene BONDERSON**

CR-14-0427

Court of Criminal Appeals of Alabama.

03/12/2015

Habeas corpus pet. dismissed

**EX PARTE Leonardo SILVA**

CR-14-0428

Court of Criminal Appeals of Alabama.

01/05/2015

Transferred to Madison Cir. Ct.

**EX PARTE Lonnie Mac GALBREATH**

CR-14-0436

Court of Criminal Appeals of Alabama.

01/23/2015

Mand. pet. dismissed

**EX PARTE Wilmer J. TURNER**

CR-14-0442

Court of Criminal Appeals of Alabama.

03/12/2015

Transferred to Russell Cir. Ct.

**EX PARTE Ivan METCALF**

CR-14-0447

Court of Criminal Appeals of Alabama.

03/12/2015

Mand. pet. dismissed

**James LEE**

v.

**STATE**

CR-14-0451

Court of Criminal Appeals of Alabama.

03/12/2015

Dismissed